## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RICHARD CHYLINSKI,            :  CIVIL ACTION NO.
                                  :  3:08-CV-00322 (JCH)

             Plaintiff,       :

VS.                            :

                                  :

BANK OF AMERICA, N.A., et al.   :

                                  :

            Defendants.     :

                                  :  JANUARY 28, 2009

## DEFENDANTS ADECCO USA, INC. AND MARIA BERNACKI'S MOTION TO DISMISS COUNTS TWO AND THREE OF PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Adecco USA, Inc. ("Adecco") and Maria Bernacki ("Ms. Bernacki") (collectively, the "Adecco Defendants"), hereby move to dismiss Counts Two and Three of the Amended Complaint filed by Plaintiff Richard Chylinski ("Plaintiff").

For the reasons set forth more fully in the accompanying memorandum of law, Count Two of Plaintiff's Amended Complaint should be dismissed for the reason that Plaintiff has failed to set forth any allegations to sustain a claim against Adecco for negligent employment. Similarly, Count Three of Plaintiff's Amended Complaint should be dismissed because Plaintiff has failed to set forth any allegations to support a claim against Ms. Bernacki for negligent hiring and retention.

Respectfully submitted,

**DEFENDANTS ADECCO USA, INC. AND MARIA BERNACKI**


By   /s/  Daniel L. Schwartz
        Daniel L. Schwartz (ct 09862)
        Sarah F. DePanifilis (ct 26954)
        Day Pitney LLP
        One Canterbury Green
        Stamford, Connecticut 06901-2047
        Tel. (203) 977-7300
        Fax (203) 977-7301
        Email: dlschwartz@daypitney.com
             sdepanfilis@daypitney.com


Dated: January 28, 2009

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was served this 28th day of January,

2009, via first-class mail, postage prepaid, to:

Richard A. Chylinski
35 Santo Court
New Britain, Connecticut 06053

John G. Stretton
Edwards Angell Palmer & Dodge LLP
301 Tresser Boulevard
Stamford, CT  06901

Alice A. Kokodis
Edwards Angell Palmer & Dodge LLP
301 Tresser Boulevard
Stamford, CT  06901

/s/  Daniel L. Schwartz
Daniel L. Schwartz

## CERTIFICATION OF SERVICE

I hereby certify that on this date a copy of the foregoing Defendants Adecco USA, Inc. and Maria Bernacki's Motion to Dismiss Counts Two and Three of Plaintiff's Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

       /s/ Daniel L. Schwartz
       Daniel L. Schwartz